# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00738-CV

**In re Rocket Red Ltd.; Rocket Red General Partner LLC; and Gayden Day**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and request for temporary relief are denied. *See*
Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Pemberton and Goodwin

Filed: November 5, 2012